1022

[No. 34936-1-II. Division Two. November 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTY SHAW BURNAM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00575-6, Paula Casey, J., entered June 9, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 35000-9-II. Division Two. November 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL VIANZON MAGTANONG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01009-6, Craddock D. Verser and Sally F. Olsen, JJ., entered May 19, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 35244-3-II. Division Two. November 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DOROTHY R. DIMATTEO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00285-4, Christine A. Pomeroy, J., entered August 18, 2006. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J.; Quinn-Brintnall, J., dissenting.

[No. 35352-1-II. Division Two. November 6, 2007.]

TERESA MCCORMICK, *Appellant*, v. TERRY ESTVOLD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-06122-1, Linda CJ Lee, J., entered August 25, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Penoyar, J.